UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PHYLLIS G. SHULER,

        Plaintiff,

vs.                                                Case No. 8:08-CV-7-T-27TGW

MICHAEL J. ASTRUE,
Commissioner of Social Security

        Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge Thomas G. Wilson recommending that Plaintiff's action be dismissed for her failure to effect timely service. (Dkt. 6). The Report and Recommendation notified Plaintiff that her action would be dismissed unless she demonstrated good cause for her failure to effect timely service pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Neither party filed an objection or any other response to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

1)      The Report and Recommendation (Dkt. 6) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2)      Plaintiff's complaint is **DISMISSED** for failure to effect timely service.

3) All pending motions are **DENIED** as moot.

4) The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida, on this 4th day of August, 2008.

_____
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record